

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00069-CV

| | | |
|---|---|---|
| MANISH MEHTA, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (19-2889-367) |
| V. | | |
| | § | May 18, 2023 |
| HANNAH MEHTA, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment awarding Appellee Hannah Mehta spousal maintenance and render judgment that she take nothing on her spousal-maintenance claim. We affirm the remainder of the trial court's judgment.

It is further ordered that each party shall pay their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr